## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: FURST, RICHARD F. | § Case No. 09-74106 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 07/15/2011       By:  /s/JOSEPH D. OLSEN_____
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: FURST, RICHARD F.         § Case No. 09-74106
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $    24,500.13

*and approved disbursements of*              $        16.07

*leaving a balance on hand of* [1]           $    24,484.06

**Balance on hand:**         $    24,484.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:                       $    24,484.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,200.01 | 0.00 | 3,200.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 52.82 | 0.00 | 52.82 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,237.50 | 0.00 | 1,237.50 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:   $    4,750.33
Remaining balance:                                        $    19,733.73

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 19,733.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 19,733.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,847.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,509.31 | 0.00 | 1,500.66 |
| 2 | First National Bank of Omaha | 2,406.92 | 0.00 | 2,393.12 |
| 3 | Chase Bank USA NA | 5,278.50 | 0.00 | 5,248.25 |
| 4 | Chase Bank USA NA | 3,940.00 | 0.00 | 3,917.42 |
| 5 | FIA Card Services, NA/Bank of America | 3,746.81 | 0.00 | 3,725.33 |
| 6 | GE Money Bank | 2,965.95 | 0.00 | 2,948.95 |

Total to be paid for timely general unsecured claims: $ 19,733.73
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Richard F. Furst  
    Debtor

Case No. 09-74106-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 1     Date Rcvd: Jul 21, 2011  
                    Form ID: pdf006     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2011.

```
db          +Richard F. Furst,   420 Wellington Drive,   Lakemoor, IL 60051-3769
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Peter F Carroll,   Carroll & Carroll,   114 S. Jefferson St.,   Woodstock, IL 60098-3438
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14490621     Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
14490622    +Charter One Bank,   One Citizens Drive,   Riverside, RI 02915-3019
14490623    +Chase Bank,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
16648663     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14490627    +CitiBank,   701 E. 60th Street N.,   Sioux Falls, SD 57104-0493
14490630    +FNB Omaha,   P.O. Box 3412,   Omaha, NE 68197-0001
14490629    +First Bank of America,   P.O. Box 3412,   Omaha, NE 68197-0001
16604957    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
14490631    +HSBC/Menards,   P.O. Box 15521,   Wilmington, DE 19850-5521
14490632    +Menards,   P.O. Box 5253,   Carol Stream, IL 60197-5253
14490634    +Sears Gold Mastercard,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14490635     Sears Premier Card,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14490628     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 22:15:01     Discover,   P.O. Box 15316,
              Wilmington, DE 19850-5316
16595268     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 22:15:01     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
16991415     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 22:15:00
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16993752     E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 21:45:04     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14490633     E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2011 00:25:38     GE Money Bank (Sam's Club Discover),
              c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14490625*   +Chase Bank,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14490626*   +Chase Bank,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14490624*   +Chase Bank,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**             **Signature:** _/s/ Joseph Speetjens_